UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT RIVERNIDER,

      Petitioner,

   v.                                  Case No.:  6:26-cv-529-JSS-LHP

WARDEN, ORANGE COUNTY JAIL,

      Respondent.

_____/

## ORDER

THIS CAUSE is before the Court on Petitioner Robert Rivernider's hand-typed Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition," Doc. 1). Petitioner is challenging the execution of his sentence. (*Id.*)

The appropriate manner by which to challenge the execution of a sentence is by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See, e.g., Moody v. Holman*, 887 F.3d 1281, 1287–88, 1292 (11th Cir. 2018) (explaining that "'challenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under § 2241.'"). Petitioner, however, must file a habeas petition on an approved form as required by the Local Rules of the Middle District of Florida. *See* M.D. Fla. L. R. 6.04(a). Thus, to proceed with this case, Petitioner must file an Amended Petition on the standard 28 U.S.C. § 2241 form provided along with this Order.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1

1.      Within **FOURTEEN (14) DAYS** from the date of this Order, Petitioner shall file an Amended Petition on the standard 28 U.S.C. § 2241 form. Failure to do so within this time may result in the dismissal of this action without further notice.

2.      The Clerk of Court is directed to mail Petitioner a 28 U.S.C. § 2241 form with this Order.

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Unrepresented Party

2